IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:06CR127 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| DAVANCE MORTEZ ROSS, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of John D. McDermott to withdraw as counsel for defendant Davance Mortez Ross (Ross) because Mr. McDermott is leaving the practice of law (Filing No. 49).  Mr. McDermott was appointed as counsel for the defendant on February 18, 2010, pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska (Filing No. 46).

**IT IS ORDERED:**

1. Mr. McDermott's motion to withdraw (Filing No. 49) is granted, and Mr. McDermott has leave to withdraw as counsel for Ross.

2. Richard P. McGowan, 1904 Farnam Street, #725, Omaha, NE 68102, (402) 341-0820, is appointed to represent Ross for the balance of these proceedings.  Mr. McGowan shall file an appearance in this matter forthwith.

3. Mr. McDermott shall forthwith provide Mr. McGowan with the discovery materials provided the defendant by the government and such other materials obtained by Mr. McDermott which are material to Ross's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to Mr. McGowan and the Office of the Federal Public Defender.

**IT IS FURTHER ORDERED** that Mr. McDermott shall submit his final CJA voucher to the office of the Federal Public Defender within forty-five (45) days of this order.

DATED this 3rd day of March, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge